(No. 5760

Texaco, Inc., Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed November 3, 1972.*

Texaco, Inc., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

This cause coming on to be heard on the Joint Stipulation of the parties hereto and the Court being fully advised in the premises;

THIS COURT FINDS that this claim is for gasoline and petroleum products and services for State-owned vehicles for various departments as follows:

| | |
|---|---|
| Liquor Control Commission | NIL |
| Department of Law Enforcement | $4,565.49 |
| Department of Conservation | 154.93 |
| Department of Public Health | 22.00 |
| Department of Agriculture | 154.38 |
| Department of Revenue | 39.24 |
| Department of Public Works & Buildings (Now Transportation) | 1,712.23 |
| Department of Mental Health | 7.79 |
| Department of Children & Family Services | 26.36 |
| Department of Corrections | 14.59 |
| Legislative Investigating Commission | 8.83 |
| Illinois Veterans' Commission | 7.74 |
| Illinois State Scholarship Commission | 12.63 |
| Secretary of State | 176.98 |
| Attorney General | 9.82 |

for a total sum of $6,913.01 in full satisfaction of any and all claims presented to the State of Illinois under the above-captioned cause.